DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK ANTHONY VALVERDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-187 LKK |
| Plaintiff, | ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MARK ANTHONY VALVERDE, | ) ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on October 15, 2008. His new attorney Lexi Negin has determined that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. She is unavailable for court on October 15, 2008.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 15, 2008 be continued until November 4, 2008. In addition, the parties stipulate that the time period from October 15, 2008, to November 4, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1
2  DATED:October 14, 2008
3
              Respectfully submitted,
4
   McGREGOR W. SCOTT                    DANIEL BRODERICK
5  United States Attorney               Federal Defender
6
7   /s/Lexi Negin for                    /s/ Lexi Negin
   KENNETH MELIKIAN                     LEXI NEGIN
8  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Mark Anthony Valverde
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                1

1
2        IN THE UNITED STATES DISTRICT COURT
3        FOR THE EASTERN DISTRICT OF CALIFORNIA
4
5  UNITED STATES OF AMERICA,           )   CASE NO. CR-S-08-187 LKK
                                       )
6              Plaintiff,              )
                                       )
7       v.                             )   ORDER CONTINUING STATUS HEARING
                                       )   AND EXCLUDING TIME PURSUANT TO THE
8                                      )   SPEEDY TRIAL ACT
   MARK ANTHONY VALVERDE,              )
9                                      )
               Defendant.              )
10 _____

11       For the reasons set forth in the stipulation of the parties, filed on October 14, 2008, IT IS HEREBY

12 ORDERED that the status conference currently scheduled for October15, 2008, be vacated and that the

13 case be set for Tuesday, November 4, 2008 at 9:15 a.m.  The Court finds that the ends of justice to be

14 served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

15 trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 14, 2008

16 stipulation, the time under the Speedy Trial Act is excluded from October 15, 2008, through November 4,

17 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense

18 counsel with the reasonable time to prepare.

19

20 Dated: October 14, 2008

21                                               _____
                                                 LAWRENCE K. KARLTON
22                                               SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT
23

2