DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK ANTHONY VALVERDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-187 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING, SET MOTION |
| | ) | SCHEDULE AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| MARK ANTHONY VALVERDE, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on November 4, 2008. The parties agree that additional time is needed for defense preparation. In addition, the parties have agreed to a briefing schedule for defense counsel to file a Motion to Dismiss as follows:

Defendant's Motion due:        November 18, 2008

Government Opposition due:     December 9, 2008

Defendant Reply due:           December 16, 2008

Non-evidentiary hearing/status: January 6, 2009 at 9:15AM

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case be continued until January 6, 2009. In addition, the parties stipulate that the time period from November 4, 2008, to January 6, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:October 30, 2008

                    Respectfully submitted,

McGREGOR W. SCOTT                  DANIEL BRODERICK
United States Attorney                    Federal Defender


/s/Lexi Negin for                        /s/ Lexi Negin
KENNETH MELIKIAN                  LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States            Attorney for Mark Anthony Valverde

1


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-187 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS HEARING, |
| ) | EXCLUDING TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT, AND SETTING |
| MARK ANTHONY VALVERDE, ) | MOTION SCHEDULE |
| ) | |
| Defendant. ) | |
| _____ | |

For the reasons set forth in the stipulation of the parties, filed on October 30, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for November 4, 2008, be vacated and that the case be set for Tuesday, January 6, 2009 at 9:15 a.m. IT IS FURTHER, ORDERED that the following briefing schedule is set:

    Defendant's Motion due:    November 18, 2008

    Government Opposition due:    December 9, 2008

    Defendant Reply due:    December 16, 2008

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 30, 2008 stipulation, the time under the Speedy Trial Act is excluded from October 19, 2008, through January 6, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 30, 2008

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT