McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-08-187 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| MARK ANTHONY VALVERDE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant Mark Anthony Valverde, through Lexi Negin,

Assistant Federal Defender, and the United States of America,

through Assistant U.S. Attorney Kenneth J. Melikian, agree to

modify the briefing schedule for the motion to dismiss which has

been filed by the defendant.  The parties are not requesting a

continuance of the hearing date.

This request for a continuance is made on behalf of the

government, for the motion to dismiss filed by the defendant on

November 19, 2008, is quite lengthy and complex.  As such, the

government is requesting three additional days to file its

response.  The defendant has no objection to the continuance.

Accordingly, the parties stipulate to the following briefing

schedule:

1

1  Government's response due:              December 12, 2008

2  Defendant's reply (if any) due:         December 19, 2008

3  Hearing:                                January 6, 2009

4

5  DATED: December 9, 2008              Very truly yours,

6                                       McGREGOR W. SCOTT
                                        United States Attorney
7
                                        /s/ Kenneth J. Melikian
8                                       By
                                          KENNETH J. MELIKIAN
9                                       Assistant U.S. Attorney

10

11 DATED: December 9, 2008              /s/ Kenneth J. Melikian
                                        LEXI NEGIN
12                                      Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
13                                       per telephonic authorization by
                                         Lexi Negin)
14

15

16

17

18       IT IS SO ORDERED.

19

20 DATED: December 10, 2008

21

22

23      LAWRENCE K. KARLTON
        SENIOR JUDGE
24      UNITED STATES DISTRICT COURT

25

26

27

28

                                    2