1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,
10                 Plaintiff,
11          v.                         CR. NO. S-08-187 LKK
12 MARK ANTHONY VALVERDE,
13                 Defendant.
                                     /
14
   UNITED STATES OF AMERICA,
15
                   Plaintiff,
16
            v.                         CR. NO. S-08-568 FCD
17
   NEDDE MAX MURPHY, JR.,
18                                     RELATED CASE ORDER
                   Defendant.
19                                   /

20      Examination of the above-entitled actions reveals that the two
21 (2) actions are related within the meaning of Local Rule 83-123,
22 E.D. Cal. (1997).  For the reasons set forth in the defendant's
23 Notice of Related Cases, the assignment of the matters to the same
24 judge is likely to effect a substantial savings of judicial effort
25 and is also likely to be convenient for the parties.
26      The parties should be aware that relating the cases under

1  Local Rules 83-123 merely has the result that the actions are
2  assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases
4  are generally assigned to the judge to whom the first filed action
5  was assigned.
6      IT IS THEREFORE ORDERED that the action denominated CR. NO.
7  S-08-568 FCD be, and the same hereby is, reassigned to Judge
8  Lawrence K. Karlton for all further proceedings.  Henceforth the
9  caption on all documents filed in the reassigned case shall be
10 shown as CR. NO. S-08-568 LKK.
11     IT IS FURTHER ORDERED that the Clerk of the Court make
12 appropriate adjustment in the assignment of criminal cases to
13 compensate for this reassignment.
14     DATED: January 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT