**FILED**
February 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARK ANTHONY VALVERDE, )<br>)<br>_____ Defendant. _____ ) | Case No. 2:08CR000187<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  __MARK ANTHONY VALVERDE__ , Case No. __2:08CR000187__ , Charge __18 U.S.C. 2250(a) - Failure to Register as a Sex Offender__ , from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Indictment was dismissed__

Issued at __Sacramento, CA__ on __February 22, 2011__ at __10:39 am__.

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal